UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O. DENISE VANDERCOURT,<br>    Plaintiff.<br>v.<br>NANCY A. BERRYHILL,<br>    Defendant. | Case No. 18-cv-02976-MMC<br><br>**JUDGMENT IN A CIVIL CASE**<br>Re: Dkt. No. 18 |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

**Plaintiff's motion for summary judgment is hereby GRANTED, the Defendant's cross-motion for summary judgment is hereby DENIED, and the action is hereby REMANDED, under sentence four of 42 U.S.C. §405(g), for further proceedings consistent with this Court's order.**

Dated: 11/8/2019

Susan Y. Soong, Clerk



Tracy Geiger
Deputy Clerk